## UNITED STATES *versus* THOMAS SARGENT

JOURNAL ENTRIES (1814): *Journal 2:* (1) Jury summoned by special appointee *p. 429; (2) plea, issue, jury trial, verdict, discharge *p. 429.
PAPERS IN FILE: (1) Recognizance to appear; (2) indictment; (3) capias and return.

## UNITED STATES *versus* JEAN BAPTISTE BEAUGRAND

JOURNAL ENTRIES (1814): *Journal 2:* (1) Indictment presented, rule to bring defendant into court *p. 431; (2) copy of indictment ordered furnished *p. 431; (3) jurors ordered summoned, copy of panel ordered furnished *p. 431; (4) plea, jury trial, verdict, discharge *p. 433.
PAPERS IN FILE: (1) Subpoena; (2) indictment.

## IN THE MATTER OF MARY PELTIER

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1814): *Journal 2:* (1) Recognizance discharged *p. 431.
PAPERS IN FILE: [None]